**United States Fidelity and Guaranty Company, appellant, v. Albert Sabath, appellee. Gen. No. 39,069.**

Action against indemnitor by maker of release of attachment bond, who had been compelled to pay on the bond. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Clyde H. Thompson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1936. Opinion filed May 4, 1937.

William J. Flaherty, for appellant; George H. Mason and Donald H. Haider, of counsel. Charles Hudson, for appellee.

Mr. Justice Friend delivered the opinion of the court.

**Mathilda Buttner et al., appellants, v. Guy A. Richardson et al., trading as Chicago Surface Lines, appellees. Gen. No. 39,080.**

Opinion filed May 4, 1937.

Winston, Strawn & Shaw, for appellants; George B. Christensen and Douglas C. Moir, of counsel. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.

Mr. Justice Friend delivered the opinion of the court.

**Ivan Barton Goode and Bernard Lener, appellees, v. Holland Motor Express, Inc., appellant. Gen. No. 39,106.**

Opinion filed May 4, 1937. Rehearing denied May 18, 1937.

K. A. Wilber, A. D. Weaver and Julius S. Neale, for appellant. John E. Wilson, for appellees.

Mr. Justice Friend delivered the opinion of the court.